IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FELIX LYLE COWAN, <br> TDCJ No. 2351646, | § § § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:24-CV-0211-D |
| | § § | |
| CHRISTOPHER SEESAR, ET AL., | § § § | |
| Defendants. | § | |

## **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. Plaintiff has filed objections to the FCR and requests for extension of time to pay the filing fee, one of which the court granted, granting an extension through April 26, 2024. It is also apparent from his filings that he has no intention of paying the required filing fee.

The undersigned district judge has reviewed *de novo* those portions of the proposed FCR to which objections were made, and reviewed the remaining proposed FCR for plain error. Finding no error, the court adopts the FCR of the United States Magistrate Judge.

SO ORDERED.

April 30, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE